IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02236-LTB-CBS

GEORGE W. WALKER,
　　　Plaintiff,
v.

UNIVERSITY OF COLORADO - BOARD OF REGENTS,
　　　Defendant.
_____

ORDER DENYING MOTION TO SERVE DEFENDANT
_____

Magistrate Judge Craig B. Shaffer

　　　This civil action comes before the court on Walker's "Motion to Serve Defendant" (filed November 9, 2006) (doc. # 3). Pursuant to the Order of Reference dated November 9, 2006 (doc. # 2) and the memorandum dated November 14, 2006 (doc. # 4), Walker's Motion was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

　　　Walker is not proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 (*see* doc. # 1-13 (receipt for $350.00 filing fee paid), nor is he incarcerated. Walker resides in Denver, Colorado. (*See* Complaint (doc. # 1) at p. 7; Motion (doc. # 3)). Walker has not demonstrated that he is subject to any limitations in his ability to effect service on the Defendant. Nor has Walker provided an address where the Defendant may be served. For these reasons, the court declines to request the U.S. Marshal to effect service. Accordingly,

1

IT IS ORDERED that Walker's Motion to Serve Defendant (filed November 9, 2006) (doc. # 3) is DENIED.

DATED at Denver, Colorado, this 14th day of November, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge