IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02236-LTB-CBS

GEORGE W. WALKER,
    Plaintiff,
v.

UNIVERSITY OF COLORADO- BOARD OF REGENTS,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Walker's "Motion to Subpoena Hostile Witnesses" (filed March 23, 2007) (doc. # 18). Pursuant to the Order of Reference dated November 9, 2006 (doc. # 2) and the memorandum dated March 26, 2007 (doc. # 19), this matter was referred to the Magistrate Judge. The court having reviewed Mr. Walker's Motion, the entire case file and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that Mr. Walker's "Motion to Subpoena Hostile Witnesses" (filed March 23, 2007) (doc. # 18) is DENIED as inappropriate at this stage of the case.

    DATED at Denver, Colorado, this 26th day of March, 2007.

                                        BY THE COURT:

                                        s/Craig B. Shaffer
                                        United States Magistrate Judge