# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   06-cv-02236-LTB-CBS

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO - BOARD OF REGENTS,

    Defendant.

_____

# ORDER
_____

    On March 5, 2007, the Magistrate Judge, pursuant to 28 U.S.C. § 636(b) issued his Recommendation that this civil action be dismissed without prejudice for Plaintiff's failure to respond to the Court's Order to Show Cause, failure to appear at the February 7, 2007 scheduling conference, failure to prosecute this civil action, and failure to comply with the Local Rules of Practice of the United States District Court for the District of Colorado, the Federal Rules of Civil Procedure, and court orders (Doc 9).  On March 13, 2007, Plaintiff filed what I construe to be objections to the Magistrate Judge's recommendation (Doc 11). The objections were interlineated within a copy of the Magistrate Judge's recommendation (Doc 9).  Contrary to the record in this case, Plaintiff asserts that there was no order to show cause dated February 7, 2007.  Contrary to the record in this action, such order does indeed exist of record.  Plaintiff disputes other findings in the Magistrate Judge's recommendation.

On March 20, 2007, (Doc 16) the Magistrate Judge granted in part and denied in part Plaintiff's motion to produce documents filed March 15, 2007 (Doc 13).  Specifically, the Magistrate Judge directed the Clerk of Court to mail Plaintiff another copy of the Court's February 7, 2007 Order to Show Cause (Doc 7).  The motion was denied in all other respects.  Plaintiff did not seek Fed.R.Civ.P. 72(a) review of that order.  Other than the "objections" (Doc 11), Plaintiff has filed no other objections to the Magistrate Judge's recommendation.  I have reviewed the recommendation *de novo* in light of the record in this case.  On *de novo* review I conclude that the recommendation is correct.  Accordingly

IT IS ORDERED that the above action is DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   June 19, 2007